## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **DOCKET NO. 3:15CR87-RJC** |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF ATTORNEY |
| MICHAEL F. EGAN, III | ) | UNAVAILABILITY |
| | ) | |

NOW COMES Mark Foster, Counsel for Defendant MICHAEL F. EGAN, III, and respectfully notifies this Honorable Court and the government that undersigned counsel will be unavailable on attorney secure leave from July 13 through July 17 for a family vacation.

Respectfully submitted,

May 12, 2015

s/ Mark Foster
Mark P. Foster, Jr.
Attorney for Defendant
Rawls, Scheer, Foster, Mingo & Culp
1011 E. Morehead Street, Suite 300
Charlotte, NC 28204
Phone 704-376-3200
Fax 704-332-2716
mfoster@rsfmlaw.com

**CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the above **NOTICE OF ATTORNEY UNAVAILABILITY** has been duly served on the attorney listed below by e-mail service through ECF on this date as follows:

                  Kevin Zolot
                  Kevin.Zolot@usdoj.gov
                  U.S. Attorney's Office
                  227 W. Trade Street, 17th Floor
                  Charlotte, NC 28202

May 12, 2015          s/ Mark P. Foster, Jr.
                  NC State Bar #22717
                  Rawls, Scheer, Foster, Mingo & Culp
                  1011 E. Morehead Street, Suite 300
                  Charlotte, NC 28204
                  Phone 704-376-3200
                  Fax 704-332-2716
                  E-mail:  mfoster@rsfmlaw.com